Same case below, 12 A.3d 1173.

**No. 11-5936. David Derringer, Petitioner v. Arizona, et al.**

565 U.S. 980, 132 S. Ct. 501, 181 L. Ed. 2d 354, 2011 U.S. LEXIS 7754, ■

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5937. David Schied, Petitioner v. Ronald Ward, et al.**

565 U.S. 981, 132 S. Ct. 501, 181 L. Ed. 2d 354, 2011 U.S. LEXIS 7769, ■

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-5943. Lakesha Norington, Petitioner v. Keith Butts, Superintendent, Pendleton Correctional Facility.**

565 U.S. 981, 132 S. Ct. 501, 181 L. Ed. 2d 354, 2011 U.S. LEXIS 7750, ■

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 11-5953. Joseph Murray, Petitioner v. District of Columbia Department of Employment Services, et al.**

565 U.S. 981, 132 S. Ct. 503, 181 L. Ed. 2d 354, 2011 U.S. LEXIS 7800.

October 31, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

**No. 11-5958. Noel Clark, Jr., Petitioner v. Craig Coffee.**

565 U.S. 981, 132 S. Ct. 503, 181 L. Ed. 2d 354, 2011 U.S. LEXIS 7775.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-5960. Ron Joseph Meyers, Petitioner v. Minnesota.**

565 U.S. 981, 132 S. Ct. 503, 181 L. Ed. 2d 354, 2011 U.S. LEXIS 7908.

October 31, 2011. Petition for writ of certiorari to the Court of Appeals of Minnesota denied.

**No. 11-5962. Donald Joe Jelani, Petitioner v. Greg Province, Warden.**

565 U.S. 981, 132 S. Ct. 503, 181 L. Ed. 2d 354, 2011 U.S. LEXIS 7845, ■

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 423 Fed. Appx. 774.

**No. 11-5963. Wallace C. Jones, Jr., Petitioner v. Florida.**

565 U.S. 981, 132 S. Ct. 503, 181 L. Ed. 2d 354, 2011 U.S. LEXIS 7806, ■

October 31, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.